UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey L. Dryden,<br><br>          Plaintiff<br><br>v.<br><br>Tad R. McDowell,<br><br>          Defendant | 2:13-cv-00973-JAD-CWH<br><br>**Order Adopting Report and Recommendation and Dismissing and Closing Case**<br><br>[ECF No. 10] |

Magistrate Judge Bill Hoffman entered a report recommending that I dismiss this case without prejudice due to pro se plaintiff Jeffrey L. Dryden's apparent lack of interest in pursuing it.[1]

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Objections to the magistrate judge's report and recommendation were due by November 3, 2016, and Dryden has not filed an objection or requested an extension to do so. Accordingly,

IT IS HEREBY ORDERED that **the magistrate judge's report and recommendation [ECF No. 10] is ADOPTED, and this case is DISMISSED without prejudice.**

The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 8th day of November, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 10.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).